WILLIAM J. PARKS, as Administrator of the Estate of EDWIN
   L. COOLIDGE, Deceased, Respondent, *v.* THE CITY OF NEW
   YORK, Appellant, Impleaded with Others.

*Parks* v. *City of New York*, 111 App. Div. 836, affirmed.
(Argued January 18, 1907; decided February 1, 1907.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the first judicial department, entered March
28, 1906, affirming a judgment in favor of plaintiff entered
upon a verdict and an order denying a motion for a new trial
in an action to recover for the death of plaintiff's intestate,
alleged to have occurred through the negligence of defendants.

*William B. Ellison,* Corporation Counsel (*Theodore
Connoly* and *Terence Farley* of counsel), for appellant.

*Joseph H. Choate, Jr.,* and *William B. Waring* for
respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT,
VANN, WERNER, HISCOCK and CHASE, JJ.